ent, v. S. Fred Austin and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 6, Town of Southampton, Suffolk County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 2.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Gustave A. Brunger and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 22, Town of Hempstead, Nassau County, and Others, etc., Respondents. Frederick C. Hicks, Appellant. (Appeal No. 3.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. J. F. Carwenka and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 4, Town of Islip, Suffolk County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 4.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Walter Cozzens and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 9, Town of Hempstead, Nassau County, and Others, Respondents. Frederick C. Hicks, Appellant. (Appeal No. 5.) — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified in accordance with opinion in *People ex rel. Brown* v. *Freisch, No. 1 (ante,* p. 370), decided herewith, and as so modified unanimously affirmed, without costs. Jenks, P. J., Carr, Rich and Putnam, JJ., concurred. Order to be settled before the presiding justice.

The People of the State of New York ex rel. Lathrop Brown, Respondent, v. Fred A. Crombie and Others, as Members of and Together Constituting the Board of Inspectors of Elections of Election District No. 6, Town of Huntington, County of Suffolk, and Others, Respondents.